WILLIAM E. DODGE STOKES, Respondent, *v.* ANSON PHELPS STOKES et al., Defendants, et al., Appellants.

(Argued June 15, 1891; decided June 25, 1891.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made February 11, 1891, which affirmed an order of Special Term overruling a demurrer to the complaint, and affirmed an interlocutory judgment in favor of plaintiff entered thereon.

*Edward W. Sheldon* for appellants.

*George Richards* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

———————

JOHN B. DEVLIN, as Administrator, etc., Respondent, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK et al., Appellants.

, (Argued June 15, 1891; decided June 25, 1891.)

APPEAL from order of the General Term of the Court of Common Pleas for the city and county of New York, made April 6, 1891, which affirmed an order of Special Term denying a motion to vacate and set aside the report of a referee.

*Franklin Bartlett* for appellants.

*T. C. Cronin* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.